IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC<br>d/b/a BALFOUR BEATTY COMMUNITIES, | )<br>)<br>) | |
| Plaintiff, | ) | |
| v. | )<br>) | CV 119-181 |
| AMETIUS CORBIN, | )<br>) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 4.)  Because Plaintiff filed the notice prior to Defendant serving an answer or a motion for summary judgment, the dismissal is proper.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to **TERMINATE** all motions, if any, and **CLOSE** this case.  Each party shall bear its own costs and fees.

SO ORDERED this 19th day of May, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA